# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:20-CV-00070-KDB-DSC

| | |
|---|---|
| SUNBELT RENTALS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| MICHAEL GUZMAN, JESSICA ) | |
| GUZMAN AND SECOND LIFE ) | |
| EQUIPMENT LLC, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice and Affidavit [for James S. Bell]" (document #55) filed November 3, 2020. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: November 5, 2020

David S. Cayer
United States Magistrate Judge