IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:20-CV-00070-KDB-DSC

| | |
|---|---|
| SUNBELT RENTALS INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) **ORDER**<br>SECOND LIFE EQUIPMENT LLC, )<br>MICHAEL GUZMAN AND )<br>JESSICA GUZMAN, )<br>)<br>Defendants. ) | |

**THIS MATTER** is before the Court on "Defendants' Emergency Motion to Stay Civil Action Pending Resolution of Parallel Criminal Proceeding" (document # 66) filed May 3, 2021 and "Defendants' Amended Emergency Motion to Stay Civil Action Pending Resolution of Parallel Criminal Proceeding" (document #76) filed May 14, 2021. For the reasons set forth therein and for good cause shown, the Motions are **GRANTED and IT IS ORDERED** that this case is **STAYED** pending further order of the Court. The Court orders the parties to file periodic reports every sixty days detailing the status of the criminal proceeding.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: May 18, 2021

David S. Cayer
United States Magistrate Judge