**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO. 5:20-CV-00070-KDB-DSC**

| | |
|---|---|
| **SUNBELT RENTALS INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **SECOND LIFE EQUIPMENT LLC,** ) | |
| **MICHAEL GUZMAN AND** ) | |
| **JESSICA GUZMAN,** ) | |
| ) | |
| **Defendants.** ) | |

**THIS MATTER** is before the Court on its "Order" dated May 18, 2021 (document #81) staying this case pending resolution of the parallel criminal proceeding, <u>U.S. v. Michael R. Guzman</u>, No. 5:21-cr-00031. Defendant Michael Guzman was sentenced on August 26, 2021. Therefore, the Court LIFTS THE STAY. The parties are ORDERED to conduct an attorneys' conference and submit a joint proposed pretrial schedule within seven days from entry of this Order. The joint submission shall address the status of the pending Motion to Compel (document #62).

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: August 31, 2021

David S. Cayer
United States Magistrate Judge