IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:20-CV-00070-KDB-DSC

| | |
|---|---|
| SUNBELT RENTALS INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SECOND LIFE EQUIPMENT LLC, )<br>JESSICA GUZMAN AND MICHAEL )<br>GUZMAN, )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on "Plaintiff's Motion to Quash Subpoenas," Doc. 99, filed on November 5, 2021. Plaintiff seeks to quash Subpoenas *Duces Tecum* issued by Defendant Michael Guzman because the Court has not entered a pretrial order allowing additional time for discovery.

On October 19, 2021, the parties submitted a Joint Proposed Pretrial Schedule at the Court's request. Doc. 97. The parties proposed the following deadlines:

Completion of Discovery-December 27, 2021
Dispositive Motions Deadline-January 19, 2022
Mediation Report Deadline-January 19, 2022
Trial-May 2, 2022

Based upon this joint schedule, Defendant had a reasonable expectation that the Court would enter an order setting these case deadlines and began discovery in good faith.

For those reasons, the Motion to Quash Subpoenas is **DENIED** and the Court sets the following deadlines:

**Completion of Discovery-December 27, 2021**
**Dispositive Motions Deadline-January 19, 2022**
**Mediation Report Deadline-January 19, 2022**
**Trial-May 16, 2022**

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: November 9, 2021

David S. Cayer
United States Magistrate Judge