IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Case No. 5:20-CV-00070-KDB-DSC

| | |
|---|---|
| SUNBELT RENTALS, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MICHAEL GUZMAN, )<br>JESSICA GUZMAN, and )<br>SECOND LIFE EQUIPMENT, LLC, )<br>)<br>Defendants. ) | **CONSENT JUDGMENT<br>BETWEEN SUNBELT RENTALS<br>AND JESSICA GUZMAN** |

This cause having come before the Court by consent of plaintiff Sunbelt Rentals. Inc. ("Sunbelt") and defendant Jessica Guzman ("J. Guzman");

The Court hereby enters the following judgment:

1. Defendant J. Guzman is liable to Sunbelt in the amount of $1,000,000.00 for unjust enrichment, and such amount is due and payable to Sunbelt by J. Guzman immediately.

2. Sunbelt's remaining claims against J. Guzman are dismissed with prejudice.

3. J. Guzman has waived any period of delay or waiting period required by law prior to the confirmation and entry of this judgment by the United States District Court for the Western District of North Carolina. Consequently, Sunbelt shall have the right to immediate confirmation and entry of this judgment with the United States District Court for the Western District of North Carolina.

4. Sunbelt and J. Guzman have waived the right of appeal from this judgment.

5. Sunbelt has reserved its right to pursue its claims against defendants Michael Guzman and Second Life Equipment, LLC, and this Order is without prejudice to the right of Sunbelt to pursue such claims or the right of Michael Guzman or Second Life Equipment to assert any defenses not waived thereto.

Signed: January 27, 2022

Kenneth D. Bell
United States District Judge

CONSENTED TO:

Sunbelt Rentals, Inc.

Title: *Maria Blue Minsker, Deputy General Counsel*

/s/ Jami Jackson Farris
Attorney for Plaintiff Sunbelt Rentals, Inc.

_____
Jessica Guzman

/s/ Edward Jesson
Attorney for Defendant Jessica Guzman

2

4. Sunbelt and J. Guzman have waived the right of appeal from this judgment.

5. Sunbelt has reserved its right to pursue its claims against defendants Michael Guzman and Second Life Equipment, LLC, and this Order is without prejudice to the right of Sunbelt to pursue such claims or the right of Michael Guzman or Second Life Equipment to assert any defenses not waived thereto.

Signed: January 27, 2022

Kenneth D. Bell
United States District Judge

CONSENTED TO:

_____
Sunbelt Rentals, Inc.

Title: _____

/s/ Jami Jackson Farris
Attorney for Plaintiff Sunbelt Rentals, Inc.

Jessica Guzman

/s/ Edward Jesson
Attorney for Defendant Jessica Guzman