IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Case No. 5:20-CV-0070-KDB-DSC

| SUNBELT RENTALS, INC., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING MOTION FOR RELEASE OF NOTICE OF LEVY ON CERTAIN REAL PROPERTY** |
| MICHAEL GUZMAN, JESSICA GUZMAN, and SECOND LIFE EQUIPMENT, LLC | ) | |
| Defendants. | ) | |

THIS MATTER came before the Court on the Motion for Release of Notice of Levy on Certain Real Property filed by Plaintiff Sunbelt Rentals, Inc. Upon review of the pleadings and for good cause shown, the Court grants the Motion.

THEREFORE, IT IS HEREBY ORDERED ADJUDGED AND DECREED that the U.S. Marshals Service, Western District of North Carolina shall release the Notice of Levy on Real Property located in Lincoln County, North Carolina at 7954 Bay Pointe Drive, Denver, North Carolina 28037, Parcel ID # 70880 and Tax Identification # 4614397206, as described in that instrument recorded in Book 2598, Page 34, Lincoln County Registry, as filed on August 12, 2020 in the General Court of Justice, Superior Court Division, Lincoln County, *Sunbelt Rentals, Inc. v. Michael Guzman and Jessica Guzman*, 20-M-82.

1

**SO ORDERED**.

Signed: February 1, 2022

David S. Cayer
United States Magistrate Judge