IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:20-CV-00070-KDB-DSC

| | |
|---|---|
| **SUNBELT RENTALS, INC.,** <br><br> Plaintiffs, <br><br> v. <br><br> **SECOND LIFE EQUIPMENT, LLC; MICHAEL GUZMAN; JESSICA GUZMAN,** <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Motion for Final Execution and order to preclude exempt property rights against Defendants Michael Guzman and Jessica Guzman. (Doc. No. 153).

A Consent Judgment was entered between Sunbelt and Jessica Guzman on January 27, 2022, whereby Jessica Guzman is liable to Sunbelt in the amount of $1,000,000.00. (Doc. No. 130). Partial summary judgment was entered on March 14, 2022, in favor of Sunbelt against Michael Guzman for $12,133,425. (Doc. No. 137). Further, the Court entered an Order granting Sunbelt's Motion for Attorneys' Fees and Costs against Michael Guzman and Defendant Second Life Equipment, LLC on May 26, 2022, in the amount of $509,326.83. (Doc. No. 149). Notice of Right to Have Exemptions Designated was issued by the Court on June 2, 2022. Defendants have not responded, and the judgments have not been satisfied.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Final Execution and order to preclude exempt property rights against Defendants Michael Guzman and Jessica Guzman, (Doc.

1

No. 153), is **GRANTED**. None of the Defendants' property shall be set aside as exempt from the execution of said judgments.

    **SO ORDERED.**

Signed: July 19, 2022

Kenneth D. Bell
United States District Judge