IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Case No. 5:20-CV-0070-KDB-DSC

| | |
|---|---|
| SUNBELT RENTALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL GUZMAN, JESSICA GUZMAN, and SECOND LIFE EQUIPMENT, LLC <br><br> Defendants. | **ORDER GRANTING MOTION TO PERMIT UNITED STATES MARSHALS SERVICE TO ISSUE A CERTIFICATE TO OBTAIN VEHICLE TITLE** |

THIS MATTER came before the Court on the Motion to Permit United States Marshals Service to Issue a Certificate to Obtain Vehicle Title filed by Plaintiff Sunbelt Rentals, Inc. Upon a review of the pleadings and for good cause shown, the Court grants the Motion.

THEREFORE IT IS HEREBY ORDERED ADJUDGED AND DECREED that the U.S. Marshals Service, Western District of North Carolina is allowed to issue a certificate to obtain new title for the following vehicles to subsequent purchasers in good faith: (1) 2019 Cadillac XT4 Sport, 4dr SUV; VIN: 1GYFZFR4XKF180803; North Carolina License Plate CDM6970; (2) 2013 Ford Explorer Ltd, 4dr SUV; VIN: 1FM5K7F84DGB24500; North Carolina License Plate HAE7755; (3) 2011 Chevrolet Silverado K2500 Heavy Duty, Extended pickup; VIN: 1GC2KVCG1BZ440963; North Carolina License Plate HR6883; and (4) 2007 Toyota Prius, hatchback; VIN: JTDKB20U077552908; North Carolina License Plate FBJ6252. The U.S. Marshals Service, Western District of North Carolina may dispose of the vehicles through available means.

**SO ORDERED**.

Signed: September 14, 2022

*[signature]*

David S. Cayer
United States Magistrate Judge